Jake Rosen, Respondent, v. Louis Cohen and David Berkman, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Henry G. Sanford, as Administrator, etc., of Robert Sanford, Deceased, Respondent, v. Benjamin T. Rhoads, Jr., and Others, Appellants.—Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Silas W. Stein, Doing Business under the Firm Name of A. M. Stein & Company, Respondent, v. Leo Noyes and Others, Appellants.— Motion granted, with ten dollars costs, unless the appellants make and serve the case on appeal within ten days and waive notice of argument for the next term of this court, in which event the motion is denied, without costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

John Bister, Respondent, v. Abraham Greenberg, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Minnie E. Boniface, Respondent, v. John W. McAvoy, Individually and as Executor, etc., of Jane McAvoy, Deceased, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Charlie L. Ewell, Respondent, v. James L. Ewell, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Bessie Feinstein, Respondent, v. Herman W. Perlman, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

James Ferry, Respondent, v. New York City Railway Company, Appellant. — Order affirmed on argument, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

The Fowler Plumbing and Heating Company, Appellant, v. Fernando C. Candee, Jr., Defendant, Impleaded with Hyman D. Baker, Respondent.— Order affirmed on argument, with ten dollars costs and disbursements. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Lottie E. Frindel, an Infant, by Morris Barkas, Her Guardian ad Litem, Respondent, v. Benjamin Frindel, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Robert M. Fulton, Respondent, v. Daniel W. Maloney, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Ali A. Hassan, Respondent, v. Gaylord Wilshire, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.